NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE W. LINARES-ROSADO,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3003

---

Petition for review of the Merit Systems Protection Board in case no. NY3443080345-B-1.

---

## ON MOTION

---

## ORDER

The United States Postal Service moves to reform the official caption to designate the Merit Systems Protection Board as the respondent. Jose W. Linares-Rosado opposes and submits replies. The Postal Service replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

__JAN 2 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jose W. Linares-Rosado
Katy M. Bartelma, Esq.
Stephanie Conley, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 1 2011

JAN HORBALY
CLERK